Ashwin J. Ram (SBN 227513)
aram@steptoe.com
Nicholas P. Silverman (*pro hac vice*)
nsilverman@steptoe.com
William G. Fletcher (*pro hac vice*)
wfletcher@steptoe.com
**STEPTOE LLP**
633 West Fifth Street, Suite 1900
Los Angeles, CA 90071
Telephone: (213) 439-9400
Facsimile: (213) 439-9599

Attorneys for Defendant
KYROLLOS MEKAIL

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>v.<br><br>KYROLLOS MEKAIL<br><br>*Defendant*. | Case No. 2:24-CR-00391-MCS-MAA<br><br>**WRITTEN CONSENT OF SURETY AND THIRD-PARTY IN SUPPORT OF STIPULATED APPLICATION TO MODIFY CONDITIONS OF RELEASE**<br><br>Hon. Maria A. Audero |

## WRITTEN CONSENT OF SURETY AND THIRD-PARTY

I am Sam Mekail, surety on the bond for Defendant Kyrollos Mekail. I have reviewed Mr. Mekail's request to modify his conditions of release such that the prohibition on "sell[ing], transfer[ring] or giv[ing] away any asset valued at $1,000 or more without notifying and obtaining permission from the Court, except the payment of attorneys fees related to this case" be revised to instead prohibit "sell[ing], transfer[ring] or giv[ing] away any asset valued at $1,300 or more without notifying and obtaining permission from the Court, except the payment of attorneys fees related to this case or payments on a credit card bill in which the individual transactions do not exceed $1,300." I understand that all other conditions of release shall remain in effect. I consent to the modification, and to the submission of this consent by Steptoe LLP.

Dated: Aug-29-2024

Signed by: Sam Mekail
A09371B8AA7D455...

Sam Mekail